**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John Lundquist and Elizabeth Lundquist,

Plaintiffs,

vs.

Kelley Technical, Inc.,

Defendant.

---

Civil No. 02-CV-258 (JMR/SRN)

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER COMPLAINT**

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

FEB 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 30, 2002

LARKIN, HOFFMAN, DALY &
LINDGREN, Ltd.

Mark D. Christopherson
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

ATTORNEY FOR PLAINTIFFS
JOHN AND ELIZABETH
LUNDQUIST

Dated: January 30, 2002

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
Erin K. Turner (#305923)
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

FROST BROWN TODD LLC
Lori E. Hammond
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400

ATTORNEYS FOR DEFENDANT
KELLEY TECHNICAL COATINGS,
INC.

M2:20438980.01

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John Lundquist and Elizabeth Lundquist

Plaintiffs,

vs.

Kelley Technical Coatings, Inc.

Defendant.

Civil No. 02-CV-258 (JMR/SRN)

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendants to answer the Complaint in this action. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. The defendants shall have until February 4, 2002 to answer the Complaint or otherwise defend the claim.

SO ORDERED.

Dated: February 1, 2002

Susan Richard Nelson
SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

M2:20438980.01