UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Lundquist and Elizabeth Lundquist,

Plaintiffs,

v.

Kelley Technical Coatings, Inc., a Kentucky corporation,

Defendant.

Case No. 02-CV-258 (JMR/SRN)

**STIPULATION AND ORDER TO REMAND CASE**

This stipulation ("Stipulation") is made this 20th day of February, 2002, by and between plaintiffs John Lundquist and Elizabeth Lundquist ("Lundquists") and defendant Kelley Technical Coatings, Inc. ("Kelley"), by and through their undersigned counsel.

**RECITALS**

**WHEREAS,** the Lundquists initiated this action against Kelley in Hennepin County District Court, State of Minnesota, on or about January 8, 2002; and

**WHEREAS,** Kelley removed the action to this Court on or about January 25, 2002, based on Lundquists' claim for damages in excess of $40,000.00 and the diversity of citizenship between Lundquists and Kelley; and

**WHEREAS,** Lundquists have brought a motion to remand the case to Hennepin County District Court, supported by plaintiffs' affidavits estimating the amount of damages in this case at $40,000.00 - $50,000.00;

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D

**NOW THEREFORE, IT IS HEREBY AGREED:**

1. That the Court may remand this case to Hennepin County District Court for further proceedings.

2. That although the precise amount of plaintiffs' damages are not yet known, plaintiffs stipulate that the amount of damages in this case will not in any event exceed $75,000.00 on remand.

3. That in the event the court signs the attached order remanding this case, both parties will pay their own fees and costs associated with proceedings in this Court.

Dated: 2/19/02

Mark D. Christopherson (#276182)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiffs

Dated: 2/20/2002

Erin K. Turner

Charles F. Webber (#215247)
Erin K. Turner (#305923)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55431-1194
(612) 766-7000

Attorneys for Defendant

## ORDER

Based on the foregoing Stipulation, and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. That this case is remanded to Hennepin County District Court for further proceedings.

2. That each party shall bear its own costs, fees and disbursements incurred in connection with any and all proceedings in this court.

BY THE COURT:

DATED: February 22nd, 2002

United States District Court Judge

745786.1